# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**BUILDING TRADES UNITED PENSION
TRUST FUND, WISCONSIN PIPE TRADES
HEALTH FUND AND NACARCI FEASTER,**

**PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 EDUCATION FUND,
PLUMBERS LOCAL 75 INDUSTRY ADVANCEMENT FUND,
PLUMBERS LOCAL 75 401(k) PLAN
and HARRY KREUSER,**

**WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, and
WILLIAM HOEPNER;**

     **Plaintiffs,**

**vs.**            **Case No. 05-C-1306**

**P. L. FREEMAN CO.,**

     **Defendant.**

---

## ORDER FOR JUDGMENT AND INJUNCTIVE RELIEF

---

   Motions for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

   The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

   1.  Defendant P. L. Freeman Co., has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2.     Defendant P. L. Freeman Co., violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Funds and by failing to properly submit to an audit of the company's books and records by the designated representative for the Building Trades United Pension Trust Fund, Wisconsin Pipe Trade Health Fund. Plumbers Local 75 Health Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund and Plumbers Local 75 401(k) Plan covering the period of December 1, 2004 to the present date.

**IT IS HEREBY ORDERED:**

(a)     that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Wisconsin Pipe Trades Health Fund and Nacarci Feaster, Plumbers Local 75 Health Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund, Plumbers Local 75 401(k) Plan and Harry Kreuser, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, and William Hoepner, and against Defendant P. L. Freeman Co.;

(b)     that the Defendant P. L. Freeman Co., is to submit within ten (10) days of the date of this Order all necessary information to complete an audit of the company's books and records by the designated representative for the Building Trades United Pension Trust Fund, Wisconsin Pipe Trade Health Fund. Plumbers Local 75 Health Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund and Plumbers Local 75 401(k) Plan covering the period of December 1, 2004 to the present date; and

(c)     that the results of said audit shall be submitted to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the

Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Building Trades United Pension Trust Fund, Wisconsin Pipe Trade Health Fund. Plumbers Local 75 Health Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund and Plumbers Local 75 401(k) Plan as reported by the auditor, along with Plaintiffs' costs and attorney fees.

Dated this 21st day of August, 2006.

BY THE COURT

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
CHIEF JUDGE