UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**BUILDING TRADES UNITED PENSION**
**TRUST FUND, WISCONSIN PIPE TRADES**
**HEALTH FUND AND NACARCI FEASTER,**

**PLUMBERS LOCAL 75 HEALTH FUND,**
**PLUMBERS LOCAL 75 EDUCATION FUND,**
**PLUMBERS LOCAL 75 INDUSTRY ADVANCEMENT FUND,**
**PLUMBERS LOCAL 75 401(k) PLAN**
**and HARRY KREUSER,**

**WISCONSIN SHEET METAL WORKERS**
**HEALTH AND BENEFIT FUND,**
**MILWAUKEE AREA SHEET METAL**
**JOURNEYMEN AND APPRENTICESHIP**
**TRAINING FUND, and**
**WILLIAM HOEPNER;**

        **Plaintiffs,**

**vs.**                                **Case No. 05-C-1306**

**P. L. FREEMAN CO.,**

        **Defendant.**
_____

### ENTRY OF JUDGMENT AND INJUNCTIVE RELIEF
### ON THE DECISION BY THE COURT
_____

      This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

      **IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

      1. Judgment should be entered on behalf of the Plaintiffs Building Trades United Pension Trust Fund, Wisconsin Pipe Trades Health Fund and Nacarci Feaster, Plumbers Local 75 Health

-2-

Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund, Plumbers Local 75 401(k) Plan and Harry Kreuser, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, and William Hoepner, and against Defendant P. L. Freeman Co.

2. Defendant P. L. Freeman Co., is to submit within ten (10) days all necessary information to complete an audit of the company's books and records by the designated representative for the Building Trades United Pension Trust Fund, Wisconsin Pipe Trade Health Fund. Plumbers Local 75 Health Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund and Plumbers Local 75 401(k) covering the period of December 1, 2004 to the present date.

3. Plaintiffs shall submit the results of said audit to the court within ten (10) days of the completion of the audit, and the Clerk of Court shall amend the judgment in favor of the Plaintiff Funds to include all contributions, interest and liquidated damages due the Plaintiff Building Trades United Pension Trust Fund, Wisconsin Pipe Trade Health Fund. Plumbers Local 75 Health Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund and Plumbers Local 75 401(k) Funds.

Dated at Milwaukee, Wisconsin this 21st day of August, 2006.

                                            BY THE CLERK
                                            SOFRON B. NEDILSKY

                                            BY THE DEPUTY CLERK

                                            s/Linda M. Zik

APPROVED AS TO FORM this 21st day of August, 2006.

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
CHIEF JUDGE