UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BUILDING TRADES UNITED PENSION
TRUST FUND, WISCONSIN PIPE TRADES
HEALTH FUND AND NACARCI FEASTER,

PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 EDUCATION FUND,
PLUMBERS LOCAL 75 INDUSTRY ADVANCEMENT FUND,
PLUMBERS LOCAL 75 401(k) PLAN
and HARRY KREUSER,

WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, and
WILLIAM HOEPNER;

        Plaintiffs,

vs.                       Case No. 05-C-1306

P. L. FREEMAN CO.,

        Defendant.

## AMENDED ORDER FOR JUDGMENT

Motions for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and subsequently filed with the Clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant P. L. Freeman Co. has failed to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

2. Defendant P. L. Freeman Co. violated the Labor Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff Fund and by failing to submit to an audit of the company's books and records by the Plaintiff Fund's designated representative covering the period of December 1, 2004 to the present date.

3. The court on August 21, 2006 entered judgment on behalf of the Plaintiffs Building Trades United Pension Trust Fund, Wisconsin Pipe Trades Health Fund and Nacarci Feaster, Plumbers Local 75 Health Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund, Plumbers Local 75 401(k) Plan and Harry Kreuser, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, and William Hoepner and against Defendant P. L. Freeman Co. and ordered Defendant to submit within ten (10) days of said Order to an audit of the company's books and records by the Plaintiff Funds' designated representative covering the period December 1, 2004 to the present date, the results of which shall be submitted to the court.

4. Plaintiff Funds' representative conducted an audit on September 21, 2006. The results of said audit are before this court.

5. The court assesses the total damages to plaintiffs in the sum of $8,229.40.

**IT IS HEREBY ORDERED:**

The Clerk of Court is directed to enter the amended judgment in favor of Plaintiffs Building Trades United Pension Trust Fund, Wisconsin Pipe Trades Health Fund and Nacarci Feaster, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal

Journeymen and Apprenticeship Training Fund, and William Hoepner and against Defendant P. L. Freeman Co. in the amount of $8,229.40 together with interest at the rate allowed by law.

Dated this 27th day of October, 2006.

BY THE COURT

s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
U. S. District Court Judge