UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**BUILDING TRADES UNITED PENSION
TRUST FUND, WISCONSIN PIPE TRADES
HEALTH FUND AND NACARCI FEASTER,**

**PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 EDUCATION FUND,
PLUMBERS LOCAL 75 INDUSTRY ADVANCEMENT FUND,
PLUMBERS LOCAL 75 401(k) PLAN
and HARRY KREUSER,**

**WISCONSIN SHEET METAL WORKERS
HEALTH AND BENEFIT FUND,
MILWAUKEE AREA SHEET METAL
JOURNEYMEN AND APPRENTICESHIP
TRAINING FUND, and
WILLIAM HOEPNER;**

        **Plaintiffs,**

vs.                                                                                                           **Case No. 05-C-1306**

**P. L. FREEMAN CO.,**

        **Defendant.**

### ENTRY OF AMENDED JUDGMENT AND INJUNCTIVE RELIEF
### ON THE DECISION BY THE COURT

    This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

    **IT IS ORDERED AND ADJUDGED** pursuant to Rule 58 of the Federal Rules of Civil Procedure that:

    1. Judgment should be entered on behalf of the Plaintiffs Building Trades United Pension Trust Fund, Wisconsin Pipe Trades Health Fund and Nacarci Feaster, Plumbers Local 75 Health

Fund, Plumbers Local 75 Education Fund, Plumbers Local 75 Industry Advancement Fund, Plumbers Local 75 401(k) Plan and Harry Kreuser, Wisconsin Sheet Metal Workers Health and Benefit Fund, Milwaukee Area Sheet Metal Journeymen and Apprenticeship Training Fund, and William Hoepner, and against Defendant P. L. Freeman Co.

    2. Total damages to plaintiffs are the sum of $8,229.40.

    Dated at Milwaukee, Wisconsin this 30th day of October, 2006.

                              BY THE CLERK
                              SOFRON B. NEDILSKY

                              BY THE DEPUTY CLERK

                              s/Linda M. Zik

APPROVED AS TO FORM this 30th
day of October, 2006.


s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
CHIEF JUDGE